```
IN RE:                    FILED            CASE NO. 09-54705-S

DOUGLAS J. ADAMCZYK                        CHAPTER 7
MICHELE L. ADAMCZYK     2010 NOV 16 PM 1:13
        Debtors                            REPORT OF DIVIDEND
                        U.S. BANKRUPTCY COURT   UNDER FIVE DOLLARS
                        NORTHERN DISTRICT OF OHIO
                              AKRON
```

Harold A. Corzin, Trustee herein, reports that check #108 in the amount of $12.40 was issued on November 4, 2010 to the Clerk of Courts in payment of dividend under $5.00 for the following unsecured creditor:

Amt. of Dividend

| | | |
|---|---|---|
| Claim #3  | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | $ 2.64 |
| Claim #6  | Excel Dermatology Institute<br>2236 C Gallows Road 2nd FL<br>Vienna, VA 22182 | $ 1.16 |
| Claim #7  | Slomin's Inc.<br>125 Lauman Lane<br>PO Box 1886<br>Hicksville, NY  11802-1886 | $ 3.78 |
| Claim #10 | Fia Card Services, NA/Bank<br>of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 | $ 2.62 |
| Claim #12 | Medina General Hospital<br>PO Box 75616<br>Cleveland , OH  44101-4755 | $ 2.20 |

TOTAL:                                                          $ 12.40

                                    _____
                                    HAROLD A. CORZIN, TRUSTEE
                                    304 N. Cleveland-Massillon Rd.
                                    Akron, Ohio 44333
                                    (330) 670-0770

                    Ck #108
                    Receipt #81932
November 4, 2010